# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| STEVEN SMITH, | : | No. 331 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CONSOLIDATED | : | |
| FREIGHTWAYS CORPORATION OF | : | |
| DELAWARE), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the Petition for Allowance of Appeal and the Application for Leave to File a Reply are **DENIED**.